## JOE TONE v. THE STATE.

No. 19982.     Delivered October 19, 1938.

The opinion states the case.

*A. R. Rucks,* of Angleton, for appellant.

*Lloyd W. Davidson,* State's Attorney, of Austin, for the State.

MORROW, PRESIDING JUDGE.—The offense is assault with intent to murder; penalty assessed at confinement in the penitentiary for two years.

The indictment appears regular. The evidence heard upon the trial is not brought forward for review. Appellant entered a plea of guilty to the offense charged in the indictment and presented no complaint of the procedure followed upon the trial.

No error having been perceived or pointed out, the judgment is affirmed.